IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>JACK BREITENSTEIN JR.,<br><br>     Defendant. | Case No. 3:23-cr-00037-05-JMK<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

  Before the Court is the United States' Motion to Dismiss First Superseding Indictment as to Jack Breitenstein Jr. ("Motion") at Docket 146. Having duly considered both the Motion, pursuant to Fed. R. Crim. P. 48(a), the Motion at Docket 146 is hereby **GRANTED**. The First Superseding Indictment at Docket 19 is dismissed without prejudice as to Mr. Breitenstein. All other pending deadlines and hearings as to this Defendant are **VACATED**. The Clerk of Court shall prepare a judgment of discharge.

  **IT IS SO ORDERED** this 10th day of April, 2024, at Anchorage, Alaska.

                   */s/ Joshua M. Kindred*
                   JOSHUA M. KINDRED
                   United States District Judge